IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr10-MHT |
| | ) | (WO) |
| JEFFERY SCOTT ROBERSON | ) | |

ORDER

The government and the defendant having informed the court that this case is likely to go to trial, it is ORDERED that, four business days before the jury-selection date, the parties are each to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 10th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE