IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )          2:17cr10-MHT
                            )              (WO)
JEFFERY SCOTT ROBERSON      )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Jeffery Scott Roberson's motion for early termination of supervised release. Defense counsel represents in the motion that the supervising probation officer supports early termination, and the government has orally confirmed to court staff that it does not oppose the motion. Roberson has completed approximately three years of supervised release, during which time he has been fully compliant with the terms of supervision. Additionally, Roberson has maintained steady employment throughout his time on supervised release, and his probation officer describes him as a model supervisee. In short, Roberson has successfully reintegrated into society and is well positioned to avoid criminal

involvement in the future. For all these reasons, the court finds that the motion for early termination should be granted.

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. 88) is granted; defendant Jeffrey Scott Roberson's supervised release is terminated; and defendant Roberson is discharged.

DONE, this the 26th day of August, 2025.

           /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE